# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MIGUEL ROMERO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GREG LEWIS, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 10-0982-VBF (JEM)<br><br>**JUDGMENT** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:　1-13-11

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE